United States of America

v.

David Mobley

**WARRANT FOR ARREST**

Case Number: 05 CR 290-1

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **David Mobley** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment   Information   Complaint   [Order of court]   Violation Notice   Probation   Violation Petition

charging him or her with: **Rule to Show Cause Why Supervised Release Should Not Be Revoked**

in violation of Title United States Code, Section(s)

Martha E. Glenn Issuing Officer          Deputy Clerk

s/Agent

Signature of Issuing Officer          December 12, 2005; Chicago, Illinois

**FILED**
SEP - 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Bail fixed at $

, Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
| Date of Arrest | | |

AO 442 (Rev. 6/97) Warrant for Arrest

Order form (01/2006)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 290 - 1 | **DATE** | 7/1/2005 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. DAVID MOBLEY | | |

**DOCKET ENTRY TEXT:**

Order bench warrant to issue as to David Mobley for a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

Docketing to mail notices.

*Bwi to USM 7/8/05*

| | Courtroom Deputy Initials: | mak |
|---|---|---|

05CR290 - 1 UNITED STATES OF AMERICA vs. DAVID MOBLEY    Page 1 of 1

** TOTAL PAGE.02 **

SEP-08-2006(FRI) 12:08    P. 004/024
1:06-mj-06042-JAG    # 1-2    Page 1 of 9
Case 1:05-cr-00290    Document 1    Filed 03/30/2005    Page 2 of 22
E-FILED
Friday, 08 September, 2006 04:21:42 PM
Clerk, U.S. District Court, ILCD

**05CR0290**



# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDGE HOLDERMAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DATE FILED: MAGISTRATE JUDGE LEVIN |
| v. | : | CRIMINAL NO. 02 - 141 |
| DAVID MOBLEY<br>a/k/a "Boo"<br>a/k/a "David Johnson"<br>a/k/a "Robert Smith"<br>KEIGAN N. HAWKINS | : | VIOLATIONS: 18 U.S.C. § 371<br>(Conspiracy - 1 count)<br>18 U.S.C. § 656<br>(Bank embezzlement - 2 counts)<br>18 U.S.C. § 2314<br>(Interstate transportation stolen property - 4 counts)<br>18 U.S.C. § 2<br>(Aiding and abetting) |

FILED

FILED

MAR 3 0 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

1. At all times material to this indictment, defendant KEIGAN N. HAWKINS was employed at the Fleet Bank, 100 Broadhead Road, Bethlehem, Pennsylvania as a teller and Custodian of Negotiable Items. In that capacity, HAWKINS had access to negotiable items, such as money orders, bank cashier checks and American Express Travelers Checks.

2. At all times material to this indictment, the Fleet Bank was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, certificate number 2558.

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 3-24-05
ATTEST: s/Clerk
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SEP-08-2006(FRI) 12:08
P. 005/024
1:06-mj-06042-JAG   # 1-2   Page 2 of 9
Case 1:05-cr-00290   Document 1   Filed 03/30/2005   Page 3 of 22

3. From in or about late September, 2001 to on or about January 14, 2002, in the Eastern District of Pennsylvania, and elsewhere, defendants

**DAVID MOBLEY,**
a/k/a "Boo"
a/k/a "David Johnson"
a/k/a "Robert Smith," and
**KEIGAN N. HAWKINS**

knowingly conspired and agreed together and with other persons known and unknown to the grand jury, to willfully commit bank embezzlement and interstate transportation of stolen property, in violation of Title 18, United States Code, Sections 656 and 2314.

### MANNER AND MEANS

It was a part of the conspiracy that:

4. Defendant DAVID MOBLEY solicited defendant KEIGAN N. HAWKINS to steal money from the Fleet Bank and to send the money to MOBLEY in Illinois.

5. Defendant KEIGAN N. HAWKINS stole approximately $31,000 worth of American Express Travelers Checks from the Fleet Bank and sent them by Federal Express to defendant DAVID MOBLEY in Illinois.

6. Defendant DAVID MOBLEY cashed and caused other persons to cash the Travelers Checks he had received from defendant KEIGAN N. HAWKINS.

7. Defendant DAVID MOBLEY wire transferred approximately $1,000 to defendant KEIGAN N. HAWKINS for her role in the commission of the offense.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Eastern District of Pennsylvania and elsewhere:

1. Beginning in or about late September, 2001 and continuing into January, 2002, defendant DAVID MOBLEY by telephone solicited and encouraged defendant KEIGAN N. HAWKINS to steal money and American Express Travelers Checks from the Fleet Bank.

2. Between in or about early December, 2001 and in or about early January, 2002, defendant KEIGAN N. HAWKINS stole Travelers Checks valued at approximately $31,000 from Fleet Bank and sent them by Federal Express to defendant DAVID MOBLEY in Chicago, Illinois.

3. Between on or about December 4, 2001 and on or about January 3, 2002, defendant DAVID MOBLEY cashed, and caused to be cashed by others, Travelers Checks that had been stolen by defendant KEIGAN N. HAWKINS.

4. In or about December, 2001, defendant DAVID MOBLEY wire transferred $1,000 to defendant KEIGAN N. HAWKINS through Western Union.

All in violation of Title 18, United States Code, Section 371.

SEP-08-2006(FRI) 12:09
P. 007/024
1:06-mj-06042-JAG    # 1-2    Page 4 of 9
Case 1:05-cr-00290    Document 1    Filed 03/30/2005    Page 5 of 22

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

1. Paragraphs one and two of Count One are incorporated herein.

2. Between on or about December 4, 2001 and on or about January 3, 2002, in the Eastern District of Pennsylvania, defendant

### KEIGAN N. HAWKINS,

being an employee of the Fleet Bank, 100 Broadhead Road, Bethlehem, Pennsylvania, a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, Certificate No. 2558, with intent to defraud the Fleet Bank, willfully embezzled, abstracted, and purloined the sum of approximately $31,000 of the moneys, funds, and assets intrusted to the custody and care of such institution.

In violation of Title 18, United States Code, Section 656.

SEP-08-2006(FRI) 12:09　　　　　　　　　　　　　　　　　　　　　　P. 008/024
1:06-mj-06042-JAG　　# 1-2　　Page 5 of 9
Case 1:05-cr-00290　　Document 1　　Filed 03/30/2005　　Page 6 of 22

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

1. Paragraphs one and two of Count One are incorporated here.

2. Between on or about December 4, 2001 and on or about January 3, 2002, in the Eastern District of Pennsylvania, defendant

**DAVID MOBLEY**
a/k/a "Boo"
a/k/a "David Johnson"
a/k/a "Robert Smith"

aided, abetted, counseled, induced, procured, and caused defendant Keigim N. Hawkins, an employee of the Fleet Bank, 100 Broadhead Road, Bethlehem, Pennsylvania, a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, Certificate No. 2558, with intent to defraud the Fleet Bank, to willfully embezzle, abstract, and purloin the sum of approximately $31,000 of the moneys, funds, and assets intrusted to the custody and care of such institution.

In violation of Title 18, United States Code, Sections 656 and 2.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 4, 2001, in the Eastern District of Pennsylvania and elsewhere, defendant

**DAVID MOBLEY**
a/k/a "Boo"
a/k/a "David Johnson"
a/k/a "Robert Smith"

did unlawfully transport, and aid, abet and cause the transportation of, American Express Travelers checks, valued in excess of five thousand dollars ($5,000), in interstate commerce from Pennsylvania to Illinois, knowing those checks to have been stolen.

In violation of Title 18, United States Code, Sections 2314 and 2.

SEP-08-2006(FRI) 12:09                                                                                          P. 010/024
1:06-mj-06042-JAG      # 1-2     Page 7 of 9
                Case 1:05-cr-00290   Document 1   Filed 03/30/2005   Page 8 of 22

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 17, 2001, in the Eastern District of Pennsylvania and elsewhere, defendant

**DAVID MOBLEY**
a/k/a "Boo"
a/k/a "David Johnson"
a/k/a "Robert Smith"

did unlawfully transport, and aid, abet and cause the transportation of, American Express Travelers Checks, valued in excess of five thousand dollars ($5,000), in interstate commerce from Pennsylvania to Illinois, knowing those checks to have been stolen.

In violation of Title 18, United States Code, Sections 2314 and 2.

SEP-08-2006(FRI) 12:09 P.011/024
1:06-mj-06042-JAG  # 1-2  Page 8 of 9
Case 1:05-cr-00290  Document 1  Filed 03/30/2005  Page 9 of 22

## COUNT SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 20, 2001, in the Eastern District of Pennsylvania and elsewhere, defendant

**DAVID MOBLEY**
a/k/a "Boo"
a/k/a "David Johnson"
a/k/a "Robert Smith"

did unlawfully transport, and aid, abet and cause the transportation of, American Express Travelers Checks, valued in excess of five thousand dollars ($5,000), in interstate commerce from Pennsylvania to Illinois, knowing those checks to have been stolen.

In violation of Title 18, United States Code, Sections 2314 and 2.

SEP-08-2006(FRI) 12:09  P.012/024
1:06-mj-06042-JAG   # 1-2   Page 9 of 9
Case 1:05-cr-00290   Document 1   Filed 03/30/2005   Page 10 of 22

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 3, 2002, in the Eastern District of Pennsylvania and elsewhere, defendant

### DAVID MOBLEY
a/k/a "Boo"
a/k/a "David Johnson"
a/k/a "Robert Smith"

did unlawfully transport, and aid, abet and cause the transportation of, American Express Travelers checks, valued in excess of five thousand dollars ($5,000), in interstate commerce from Pennsylvania to Illinois, knowing those checks to have been stolen.

In violation of Title 18, United States Code, Sections 2314 and 2.

A TRUE BILL:

s/Foreperson
_____
FOREPERSON

s/ATTORNEY
_____
PATRICK L. MEEHAN
UNITED STATES ATTORNEY

First Assistant U.S. Attorney