# UNITED STATES DISTRICT COURT
## Central District of Illinois

| UNITED STATES OF AMERICA<br>V.<br>David Mobley | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>05 CR 290-1 | District of Arrest<br>06-6042 | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

___ Indictment    ___ Information    ___ Complaint    _X_ Other (specify) Bench Warrant

Charging a violation of    18   U.S.C. § 3583(e)(3) Violation of Supervised Release

**DISTRICT OF OFFENSE** Northern District of Illinois

**DESCRIPTION OF CHARGES:**

Violation of Supervised Release

**CURRENT BOND STATUS:**

❏ Bail fixed at _____ and conditions were not met
❏ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
❏ Other (specify)

**Representation:**    ❏ Retained Own Counsel    ☒ Federal Defender Organization    ❏ CJA Attorney    ❏ None

**Interpreter Required?**    ❏ No    ❏ Yes    Language: _____

CENTRAL DISTRICT OF ILLINOIS

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and thee deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive the defendant.

9-11-06
Date

s/ John A. Gorman
John A. Gorman
United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |