E-FILED
Monday, 11 September, 2006  04:09:31 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

September 11, 2006

Northern District of Illinois
Everett McKinley Dirksen Building
20th Floor
219 South Dearborn Street
Chicago, IL 60604

CDIL Case # 06-6042
NDIL Case # 05-290-1

Dear Sir:

Enclosed please find certified copies of all the documents and proceedings, along with a certified copy of the docket sheet in the above-titled case.

Please acknowledge receipt of these documents by signing and dating the enclosed copy of this letter and returning it to us.

If you have any questions, please do not hesitate to contact us at (309) 671-7117.

Sincerely,


John M. Waters, Clerk
JMW/sm
Enc.

Acknowledgment and Receipt:

_____      _____
Signature                             Date



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

September 11, 2006

Northern District of Illinois
Everett McKinley Dirksen Building
20th Floor
219 South Dearborn Street
Chicago, IL 60604

CDIL Case # 06-6042
NDIL Case # 05-290-1

Dear Sir:

Enclosed please find certified copies of all the documents and proceedings, along with a certified copy of the docket sheet in the above-titled case.

Please acknowledge receipt of these documents by signing and dating the enclosed copy of this letter and returning it to us.

If you have any questions, please do not hesitate to contact us at (309) 671-7117.

Sincerely,


John M. Waters, Clerk
JMW/sm
Enc.

Acknowledgment and Receipt:

_____    _____
Signature                          Date